IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH STEPHEN WEST, #275608, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:14-cv-306-MEF |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

On April 29, 2014, the Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this the 16th day of May, 2014.

                                         /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE